IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| WHITE OAK POWER CONSTRUCTORS, <br><br> Plaintiff, <br><br> v. <br><br> MITSUBISHI HITACHI POWER SYSTEMS AMERICAS, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action 3:17-cv-355-MHL |

ORDER

Upon consideration of the Joint Motion for Voluntary Dismissal Under Fed. R. Civ. P. 41(a)(2) filed by Plaintiff/Counter-Defendant, White Oak Power Constructors ("WOPC") and Defendant/Counter-Plaintiff, Mitsubishi Hitachi Power Systems Americas, Inc. ("MHPSA"), and for good cause shown, it is hereby:

1. ORDERED that Case No. 3:17-cv-355-JAG, is dismissed, with prejudice, with WOPC and MHPSA each bearing their own attorneys' fees and costs; and

2. The Court shall retain jurisdiction over WOPC and MHPSA for the purpose of enforcing their Settlement Agreement.

Let the Clerk send a copy of this Order to all counsel of record.

Dated: 13 July 2020
Richmond, Virginia

/s/
John A. Gibney, Jr.
United States District Judge

7